IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL MOWREY | ) | |
| | ) | Civil Action No. 10-211 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Gary L. Lancaster/ |
| | ) | Magistrate Judge Cathy Bissoon |
| JOHN BERRY, DIRECTOR, | ) | |
| U.S. OFFICE OF PERSONNEL | ) | |
| MANAGEMENT | ) | |
| | ) | |
| Defendant. | ) | *Electronically Filed* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

DAVID J. HICKTON
United States Attorney

/s/ Adam K. Hobaugh
ADAM K. HOBAUGH, ESQUIRE
Counsel for Plaintiff

/s/ Jennifer R. Andrade
JENNIFER R. ANDRADE
Assistant U.S. Attorney
Counsel for Defendant

**ORDER**

AND NOW, to wit, this 30th day of March, 2011, it is ORDERED that the above captioned civil action be dismissed with prejudice, each party to bear their own costs.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE